**FILED**

AUG 18 2022

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC



**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Natarsha | Shanta | Hardy |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number: 22-01621-5-JNC
(If known)

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* .................................................. $ 460,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* ..................................... $ 38,050.00

   1c. Copy line 63, Total of all property on *Schedule A/B* .............................................. $ 498,050.00

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $ 690,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................................... $ 242,000.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ................................... + $ 133,725.00

   **Your total liabilities** $ 1,071,725.00

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* .................................................. $ 11,200.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* .......................................................... $ 7,005.00

Debtor 1    Natarsha          Shanta          Hardy                    Case number (if known)   22-01621-5-JNC
            First Name        Middle Name     Last Name

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   $_____11,200.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   **Total claim**

   **From Part 4 on *Schedule E/F*, copy the following:**

   9a. Domestic support obligations (Copy line 6a.)                                          $_____0.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)                 $_____160,000.00

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)       $_____0.00

   9d. Student loans. (Copy line 6f.)                                                        $_____0.00

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)   $_____0.00

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    + $_____0.00

   9g. **Total.** Add lines 9a through 9f.                                                   $_____160,000.00

**Fill in this information to identify your case and this filing:**

Debtor 1    Natarsha          Shanta          Hardy
            First Name         Middle Name     Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number    22-01621-5-JNC

☐ Check if this is an
  amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   **1.1.**  112 Joe Henry Lane
   Street address, if available, or other description

   Gates              NC      27938
   City               State   ZIP Code

   Gates County
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☑ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property?       Current value of the portion you own?
   $    460,000.00                              $_____

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   _____

   ☐ Check if this is community property (see instructions)

   If you own or have more than one, list here:

   **1.2.**  _____
   Street address, if available, or other description

   _____

   _____
   City               State   ZIP Code

   _____
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property?       Current value of the portion you own?
   $_____                             $_____

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   _____

   ☐ Check if this is community property (see instructions)

Official Form 106A/B                    Schedule A/B: Property                    page 1

Debtor 1    Natarsha    Shanta    Hardy
First Name    Middle Name    Last Name

Case number (if known)    22-01621-5-JNC

**1.3.** _____

Street address, if available, or other description

_____

_____

City    State    ZIP Code

_____

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. .................................. →    $    460,000.00

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

**3.1.** Make:    GMC

Model:    Yukon XL

Year:    2017

Approximate mileage:    12000

Other information:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$    37,000.00    $_____

If you own or have more than one, describe here:

**3.2.** Make:    BMW

Model:    528i

Year:    2009

Approximate mileage:    180000

Other information:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$    6,500.00    $    100.00

Debtor 1  Natarsha   Shanta   Hardy    Case number (if known) 22-01621-5-JNC
          First Name  Middle Name  Last Name

---

3.3.  Make:  BMW

Model:  X6

Year:  2013

Approximate mileage:  140000

Other information:

Who has an interest in the property? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$         17,000.00   $         100.00

---

3.4.  Make:  _____

Model:  _____

Year:  _____

Approximate mileage:  _____

Other information:

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1.  Make:  _____

Model:  _____

Year:  _____

Other information:

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

If you own or have more than one, list here:

4.2.  Make:  _____

Model:  _____

Year:  _____

Other information:

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

---

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ....................... →    $    23,500.00

---

Debtor 1  Natarsha       Shanta       Hardy
          First Name     Middle Name  Last Name

Case number (if known)  22-01621-5-JNC

---

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples: Major appliances, furniture, linens, china, kitchenware*
   ☐ No
   ☑ Yes. Describe......... | Furniture, Major Appliances, Household Goods, |   $    10,000.00

7. **Electronics**
   *Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games*
   ☐ No
   ☑ Yes. Describe.......... | Televisions,radios; audio, video, stereo, and digital equipment; computers, printers, scanners |   $    8,000.00

8. **Collectibles of value**
   *Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles*
   ☑ No
   ☐ Yes. Describe.......... | |   $    0.00

9. **Equipment for sports and hobbies**
   *Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments*
   ☐ No
   ☑ Yes. Describe.......... | Exercise Equipment, Above Ground Pool, Pool Table, Bicycles |   $    8,500.00

10. **Firearms**
    *Examples: Pistols, rifles, shotguns, ammunition, and related equipment*
    ☑ No
    ☐ Yes. Describe.......... | |   $    _____

11. **Clothes**
    *Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories*
    ☐ No
    ☑ Yes. Describe.......... | Everyday Work Attire, Shoes, Sweaters and Coats |   $    4,000.00

12. **Jewelry**
    *Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver*
    ☐ No
    ☑ Yes. Describe.......... | Costume Jewelry, engagement ring and watches |   $    2,500.00

13. **Non-farm animals**
    *Examples: Dogs, cats, birds, horses*
    ☑ No
    ☐ Yes. Describe.......... | |   $    _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☐ Yes. Give specific information. ............. | |   $    _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................  →  $    33,000.00

| Debtor 1 | Natarsha | Shanta | Hardy | | Case number (if known) | 22-01621-5-JNC |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 4:     Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes ............................................................................................................................. Cash: ...................... $ _____200.00

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes .....................     Institution name:

   | | | |
   |---|---|---|
   | 17.1. Checking account: | Bank of America | $ _____1,000.00 |
   | 17.2. Checking account: | | $ _____ |
   | 17.3. Savings account: | Bank of America | $ _____50.00 |
   | 17.4. Savings account: | | $ _____ |
   | 17.5. Certificates of deposit: | | $ _____ |
   | 17.6. Other financial account: | | $ _____ |
   | 17.7. Other financial account: | | $ _____ |
   | 17.8. Other financial account: | | $ _____ |
   | 17.9. Other financial account: | | $ _____ |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☐ No
   ☐ Yes ...............     Institution or issuer name:

   $ _____
   $ _____
   $ _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☑ No          Name of entity:                               % of ownership:
   ☐ Yes. Give specific                                        0% ____ %     $ _____
   information about                                           0% ____ %     $ _____
   them.........................                                0% ____ %     $ _____

Official Form 106A/B                     Schedule A/B: Property                     page 5

Debtor 1  Natarsha   Shanta   Hardy        Case number *(if known)* 22-01621-5-JNC

First Name   Middle Name   Last Name

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
information about
them......................

Issuer name:

_____   $_____

_____   $_____

_____   $_____

---

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each
account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | _____ | $_____ |
| Pension plan: | _____ | $_____ |
| IRA: | _____ | $_____ |
| Retirement account: | _____ | $_____ |
| Keogh: | _____ | $_____ |
| Additional account: | _____ | $_____ |
| Additional account: | _____ | $_____ |

---

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No

☐ Yes..........................

| | Institution name or individual: | |
|---|---|---|
| Electric: | _____ | $_____ |
| Gas: | _____ | $_____ |
| Heating oil: | _____ | $_____ |
| Security deposit on rental unit: | _____ | $_____ |
| Prepaid rent: | _____ | $_____ |
| Telephone: | _____ | $_____ |
| Water: | _____ | $_____ |
| Rented furniture: | _____ | $_____ |
| Other: | _____ | $_____ |

---

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes..........................

Issuer name and description:

_____   $_____

_____   $_____

_____   $_____

---

| Debtor 1 | Natarsha | Shanta | Hardy | | Case number *(if known)* | 22-01621-5-JNC |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes  ................................  Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

$_____
$_____
$_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them....

$_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them....

$_____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them....

$_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

Federal:    $_____
State:    $_____
Local:    $_____

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..............

Alimony:    $_____
Maintenance:    $_____
Support:    $_____
Divorce settlement:    $_____
Property settlement:    $_____

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information..............

$_____

| Debtor 1 | Natarsha | Shanta | Hardy | | Case number (if known) | 22-01621-5-JNC |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information.............. $

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim. ................... $

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim. ................... $

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information............. $

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ................................................................ ➔ $ **1,250.00**

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☑ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
☐ No
☑ Yes. Describe...... | Billed Claims | $ **5,000.00**

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
☑ Yes. Describe...... | Computer, Printer, Copier, Scanner, Fax, Cell Phone, Desk and Chairs | $ **2,000.00**

---

Debtor 1  Natarsha          Shanta          Hardy
         First Name        Middle Name      Last Name

Case number *(if known)* 22-01621-5-JNC

---

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe...... |_____| $ _____

**41. Inventory**

☑ No
☐ Yes. Describe...... |_____| $ _____

**42. Interests in partnerships or joint ventures**

☐ No
☑ Yes. Describe......

| Name of entity: | % of ownership: | |
|---|---|---|
| Community Empowerment LLC | 100 % | $ 3,000.00 |
| | ____ % | $ _____ |
| | ____ % | $ _____ |

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

   ☑ No
   ☐ Yes. Describe....... |_____| $ _____

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
   information ......... _____  $ _____
                       _____  $ _____
                       _____  $ _____
                       _____  $ _____
                       _____  $ _____
                       _____  $ _____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here ...........................................................................➔ $ 10,000.00

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes......................... |_____| $ _____

Debtor 1   Natarsha   Shanta   Hardy
          First Name   Middle Name   Last Name

Case number (*if known*) 22-01621-5-JNC

48. **Crops—either growing or harvested**
- ☑ No
- ☐ Yes. Give specific information. ............   $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
- ☑ No
- ☐ Yes ....................   $_____

50. **Farm and fishing supplies, chemicals, and feed**
- ☑ No
- ☐ Yes ....................   $_____

51. **Any farm- and commercial fishing-related property you did not already list**
- ☑ No
- ☐ Yes. Give specific information. ............   $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ....................   →  $_____0.00

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ☑ No
- ☐ Yes. Give specific information. ............

$_____
$_____
$_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................   →  $_____0.00

---

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ....................   →  $____460,000.00

56. **Part 2: Total vehicles, line 5**   $____23,500.00

57. **Part 3: Total personal and household items, line 15**   $____33,000.00

58. **Part 4: Total financial assets, line 36**   $____1,250.00

59. **Part 5: Total business-related property, line 45**   $____10,000.00

60. **Part 6: Total farm- and fishing-related property, line 52**   $____0.00

61. **Part 7: Total other property not listed, line 54**   + $____0.00

62. **Total personal property.** Add lines 56 through 61. ....................   $____38,050.00   Copy personal property total → + $____38,050.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ....................   $____498,050.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Natarsha | Shanta | Hardy |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number 22-01621-5-JNC
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Home Residence<br>Line from *Schedule A/B*: 1.1 | $460,000.00 | ☑ $ 460,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: GMC Yukon XL<br>Line from *Schedule A/B*: 3.1 | $37,000.00 | ☑ $ 37,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: BMW 528i<br>Line from *Schedule A/B*: 3.2 | $6,500.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☑ No

   ☐ Yes

| Debtor 1 | Natarsha | Shanta | Hardy | Case number *(if known)* 22-01621-5-JNC |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: BMW X6<br>Line from *Schedule A/B*: 3.3 | $ 17,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

**Fill in this information to identify your case:**

Debtor 1   Natarsha    Shanta    Hardy
           First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number  22-01621-5-JNC
(If known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** Citizens Mortgage
Creditor's Name

10561 Telegraph Rd.
Number        Street

Glenn Allen, Virginia

Glenn Allen        VA    23059
City              State  ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt
Date debt was incurred  01/01/2017

**Describe the property that secures the claim:**

Mortgage

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  1  5  6  9

Column A: $ 460,000.00   Column B: $ _____

**2.2** Department of Treasury
Creditor's Name

Internal Revenue Service
Number        Street

PO Box 8208

Philadelphia    PA    19101
City            State  ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt
Date debt was incurred  01/01/2018

**Describe the property that secures the claim:**

Taxes Owed

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  1  5  6  9

Column A: $ 100,000.00   Column B: $ _____

**Add the dollar value of your entries in Column A on this page. Write that number here:**   $ 560,000.00

Debtor 1 __Natarsha__ __Shanta__ __Hardy__   Case number (if known) __22-01621-5-JNC__
First Name   Middle Name   Last Name

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**Part 1:** **Additional Page**
After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

---

J.P Chase Auto Finance
Creditor's Name

PO Box 182055
Number   Street

_____

Columbus      OH   43218
City      State   ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred __01/20/2017__

**Describe the property that secures the claim:**

Automobile

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number __1__ __5__ __6__ __9__

$ 37,000.00   $ _____   $ _____

---

Virginia Department of Taxation
Creditor's Name

VA TAX
Number   Street

PO Box 1115

Richmond      VA   23218
City      State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred __02/20/2008__

**Describe the property that secures the claim:**

State Taxes Owed

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$ 60,000.00   $ _____   $ _____

---

_____
Creditor's Name

_____
Number   Street

_____

_____
City      State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$ _____   $ _____   $ _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 90,000.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $ 690,000.00

| Debtor 1 | Natarsha | Shanta | Hardy | | Case number *(if known)* | 22-01621-5-JNC |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1**
Acceptance Now
Name
5501 Heaquarters Dr.
Number      Street

Plano                    TX        75024
City                     State     ZIP Code

On which line in Part 1 did you enter the creditor? 1
Last 4 digits of account number  1  5  6  9

---

Arm Solutions
Name
PO Box 3666
Number      Street

Camarillo                CA        93011
City                     State     ZIP Code

On which line in Part 1 did you enter the creditor? 2
Last 4 digits of account number  1  5  6  9

---

**3**
Bank of America
Name
100 North Tyron St.
Number      Street

Charlotte                NC        28255
City                     State     ZIP Code

On which line in Part 1 did you enter the creditor? 3
Last 4 digits of account number  1  5  6  9

---

**4**
Capitol One Bank
Name
PO Box 30285
Number      Street

Salt Lake City           UT        84130
City                     State     ZIP Code

On which line in Part 1 did you enter the creditor? 4
Last 4 digits of account number  1  5  6  9

---

**5**
CenturyLink
Name
PO Box 4300
Number      Street

Carol Stream             IL        60197
City                     State     ZIP Code

On which line in Part 1 did you enter the creditor? 5
Last 4 digits of account number  1  5  6  9

---

**6**
Comenity Bank
Name
PO Box 182273
Number      Street

Columbus                 OH        43218
City                     State     ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number  ___  ___  ___  ___

Debtor 1    Natarsha    Shanta    Hardy      Case number *(if known)* 22-01621-5-JNC

First Name    Middle Name    Last Name

## Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**7**   Eastern Account Systems
Name

111 Parkridge Rd.
Number    Street

Brookfield    CT    06804
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? 7
Last 4 digits of account number   1   5   6   9

Elizabeth River Tolls
Name

309 County St.
Number    Street

Portsmouth    VA    27304
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? 8
Last 4 digits of account number   1   5   6   9

**9**   Internal Revenue Services
Name

PO Box 7346
Number    Street

Philadelphia    PA    19101
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? 9
Last 4 digits of account number   1   5   6   9

**10**   Jordon Bridge
Name

2705 West Sam Houston Parkway North
Number    Street

Houston    TX    77043
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? 10
Last 4 digits of account number   1   5   6   9

**11**   Klarna
Name

629 N. High St. 3rd Floor
Number    Street

Columbus    OH    43215
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? 11
Last 4 digits of account number   1   5   6   9

**12**   LVNV Funding
Name

PO Box 10497
Number    Street

Greenville    SC    29603
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? 12
Last 4 digits of account number   1   5   6   9

Debtor 1  Natarsha     Shanta      Hardy                    Case number *(if known)* 22-01621-5-JNC
          First Name   Middle Name  Last Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
| --- | --- |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

13  Lowes
    Name                                              On which line in Part 1 did you enter the creditor? 13
    PO Box 530914
    Number     Street                                 Last 4 digits of account number  1  5  6  9

    Atlanta              GA        30353
    City                 State     ZIP Code

    Merrick Bank
    Name                                              On which line in Part 1 did you enter the creditor? 14
    PO Box 9201
    Number     Street                                 Last 4 digits of account number  1  5  6  9

    Old Bethpage         NY        11804
    City                 State     ZIP Code

15  Midland Credit Management
    Name                                              On which line in Part 1 did you enter the creditor? 15
    350 Camino De La Rino
    Number     Street                                 Last 4 digits of account number  1  5  6  9

    San Degio            CA        92108
    City                 State     ZIP Code

16  New York and Company
    Name                                              On which line in Part 1 did you enter the creditor? 16
    PO Box 650972
    Number     Street                                 Last 4 digits of account number  1  5  6  9

    Dallas               TX        75265
    City                 State     ZIP Code

17  Old Navy
    Name                                              On which line in Part 1 did you enter the creditor? 17
    2 Folsom St
    Number     Street                                 Last 4 digits of account number  1  5  6  9

    San Fransico         CA        94105
    City                 State     ZIP Code

18  Open Sky Bank
    Name                                              On which line in Part 1 did you enter the creditor? 18
    PO Box 660924
    Number     Street                                 Last 4 digits of account number  1  5  6  9

    Dallas               TX        75266
    City                 State     ZIP Code

Official Form 106D              Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**              page      of

Debtor 1   Natarsha          Shanta          Hardy                    Case number *(if known)* 22-01621-5-JNC
           First Name   Middle Name   Last Name

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

**19**  Pier 1
Name

100 Pier 1 Place
Number        Street

Fort Worth              TX        76102
City                    State     ZIP Code

On which line in Part 1 did you enter the creditor? 19

Last 4 digits of account number  1  5  6  9

---

☐  Port Alliance FCU
Name

5670 Raby Rd.
Number        Street

Norfolk                 VA        23502
City                    State     ZIP Code

On which line in Part 1 did you enter the creditor? 20

Last 4 digits of account number  1  5  6  9

---

**21**  Portfolio Recovery Associates
Name

120 Corporate Blvd
Number        Street

Norfolk                 VA        23502
City                    State     ZIP Code

On which line in Part 1 did you enter the creditor? 21

Last 4 digits of account number  1  5  6  9

---

**22**  Smith Debnam Narron Drake Saintsing & Myers LLP
Name

PO Box 176010
Number        Street

Raleigh                 NC        27619
City                    State     ZIP Code

On which line in Part 1 did you enter the creditor? 22

Last 4 digits of account number  1  5  6  9

---

**23**  Syncrony Bank
Name

140 Wekiva Springs Rd.
Number        Street

Longwood                FL        32779
City                    State     ZIP Code

On which line in Part 1 did you enter the creditor? 23

Last 4 digits of account number  1  5  6  9

---

**24**  Ultimited Vacation Club
Name

9450 Sunset Sr.
Number        Street

Miami                   FL        33173
City                    State     ZIP Code

On which line in Part 1 did you enter the creditor? 24

Last 4 digits of account number  1  5  6  9

---

Official Form 106D          Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**          page    of

Debtor 1  Natarsha   Shanta   Hardy
  First Name Middle Name Last Name

Case number *(if known)* 22-01621-5-JNC

---

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**25** Ulta
Name

PO Box 650964
Number Street

Dallas   TX  75265
City   State  ZIP Code

On which line in Part 1 did you enter the creditor? __25__

Last 4 digits of account number _1_ _5_ _6_ _9_

**☐** Virginia Department of Taxation
Name

1957 Westmoreland St
Number Street

Richmond  VA  23230
City   State  ZIP Code

On which line in Part 1 did you enter the creditor? __26__

Last 4 digits of account number _1_ _5_ _6_ _9_

**27** Walmart
Name

PO Box 530927
Number Street

Atlanta   GA  30353
City   State  ZIP Code

On which line in Part 1 did you enter the creditor? __27__

Last 4 digits of account number _1_ _5_ _6_ _9_

**28** Wayfair
Name

PO Box 182118
Number Street

Columbus  OH  43218
City   State  ZIP Code

On which line in Part 1 did you enter the creditor? __28__

Last 4 digits of account number _1_ _5_ _6_ _9_

**29** Cutco
Name

PO Box 1228
Number Street

Olean   NY  14760
City   State  ZIP Code

On which line in Part 1 did you enter the creditor? __29__

Last 4 digits of account number _1_ _5_ _6_ _9_

**☐**
Name

Number Street

City   State  ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Official Form 106D  Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**  page of